**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02567-AP

DAVID PERITO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

Joint Case Management Plan

---

## 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Joseph A. Whitcomb | Daniel E. Burrows |
| Rocky Mountain Disability Law Group | Special Assistant U.S. Attorney |
| 1391 Speer Blvd | Social Security Administration |
| Suite 703 | 1001 17th St |
| Denver, CO 80204 | Denver, CO 80202 |
| (303) 534-1954 | (303) 844-7356 |
| joe@RMDLG.com | daniel.burrows@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    This Court has jurisdiction based on Social Security Act §§ 205(g), 1631(c)(3), 42 U.S.C. §§ 405(g), 1383(c)(3) (2006).

3.   **DATES OF FILING RELEVANT PLEADINGS**

    A.   <u>Date Complaint Was Filed</u>: September 27, 2012 (initial complaint)
           October 31, 2012 (amended complaint)

    B.   <u>Date Complaint Was Served on U.S. Attorney's Office</u>: November 2, 2012

    C.   <u>Date Answer and Administrative Record Were Filed</u>: December 27, 2012

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.   **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8.   **BRIEFING SCHEDULE**

    A.   <u>Plaintiff's Opening Brief Due</u>: February 25, 2013

    B.   <u>Defendant's Response Brief Due</u>: March 27, 2013

    C.   <u>Plaintiff's Reply Brief (If Any) Due</u>: April 11, 2013

### 9. STATEMENTS REGARDING ORAL ARGUMENT

  A. <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

  B. <u>Defendant's Statement</u>: Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

The parties *do not* consent to the exercise of jurisdiction by a magistrate judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 16th day of January, 2013.

              BY THE COURT:

              <u>*s/John L. Kane*</u>
              U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| /s/ *Daniel E. Burrows* FOR<br>JOSEPH A. WHITCOMB<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd<br>Suite 703<br>Denver, CO 80204<br>(303) 534-1954<br>joe@RMDLG.com<br>Attorney for Plaintiff<br><br>(SIGNED PER TELEPHONIC<br>AUTHORIZATION) | JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br><br><br>/s/ *Daniel E. Burrows*<br>DANIEL E. BURROWS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 17th St<br>Denver, CO 80202<br>(303) 844-7356<br>daniel.burrows@ssa.gov<br><br>Attorneys for Defendant |