## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02567-AP

DAVID PERITO,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

      Defendant.

---

Joint Case Management Plan

---

## 1.    APPEARANCES OF COUNSEL

For Plaintiff:

Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd
Suite 703
Denver, CO 80204
(303) 534-1954
joe@RMDLG.com

For Defendant:

Daniel E. Burrows
Special Assistant U.S. Attorney
Social Security Administration
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

## 2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction based on Social Security Act §§ 205(g), 1631(c)(3), 42

U.S.C. §§ 405(g), 1383(c)(3) (2006).

3.      **DATES OF FILING RELEVANT PLEADINGS**

      A.      <u>Date Complaint Was Filed</u>: September 27, 2012 (initial complaint)
                                       October 31, 2012 (amended complaint)

      B.      <u>Date Complaint Was Served on U.S. Attorney's Office</u>: November 2, 2012

      C.      <u>Date Answer and Administrative Record Were Filed</u>: December 27, 2012

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is

complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.      **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no

other matters to bring to the attention of the Court.

8.      **BRIEFING SCHEDULE**

      A.      <u>Plaintiff's Opening Brief Due</u>: February 25, 2013

      B.      <u>Defendant's Response Brief Due</u>: March 27, 2013

      C.      <u>Plaintiff's Reply Brief (If Any) Due</u>: April 11, 2013

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.    <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties *do not* consent to the exercise of jurisdiction by a magistrate judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 16th day of January, 2013.

BY THE COURT:


<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
United States Attorney

_/s/ Daniel E. Burrows_ FOR
JOSEPH A. WHITCOMB
Rocky Mountain Disability Law Group
1391 Speer Blvd
Suite 703
Denver, CO 80204
(303) 534-1954
joe@RMDLG.com
Attorney for Plaintiff

(SIGNED PER TELEPHONIC
AUTHORIZATION)

J. BENEDICT GARCÍA
Assistant United States Attorney

_/s/ Daniel E. Burrows_
DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

Attorneys for Defendant