IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02567-WYD

DAVID PERITO,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Stipulated Motion for an Award of Attorney Fees filed February 21, 2014.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion for an Award of Attorney Fees (ECF No. 27) is **GRANTED**.  Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $4,170.00.  It is

FURTHER ORDERED that if, after receiving the Court's EAJA fee order, Defendant (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owed under the Treasury Offset Program, Defendant cannot agree to waive the requirements of the Anti-

Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated:  March 3, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge