IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02567-WYD

DAVID PERITO,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Approval of Attorney Fees under 42 U.S.C. § 406(b) filed January 8, 2015.  The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERS that Plaintiff's Unopposed Motion for an Award of Attorney Fees (ECF No. 29) is **GRANTED.**  In accordance therewith, it is

ORDERED that Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $2,990.00.

Dated:  January 29, 2015.

                                                BY THE COURT:

                                                /s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL,
                                                SENIOR UNITED STATES DISTRICT JUDGE